1   Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10  LINDA MILLER              )
                              )      Civil Action No. 1:04-CV-6048 LJO
11                            )
            Plaintiff,        )      STIPULATION AND ORDER
12                            )
    vs.                       )
13                            )
    JO ANNE B. BARNHART,      )
14  Commissioner of Social    )
    Security,                 )
15                            )
            Defendant.        )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 30 day extension of time, until May 28, 2005, in which to file and

20  serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21  August 3, 2004, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27

28

1   Dated:  April 28, 2005                    /s/ Gina Fazio

2                                             GINA FAZIO,
                                              Attorney for Plaintiff.
3
    Dated: May 3, 2005
4                                             MCGREGOR SCOTT
                                              United States Attorney
5
                                              By: /s/ Kristi C. Kapetan
6                                             (as authorized via facsimile)
                                              KRISTI C. KAPETAN
7                                             Assistant U.S. Attorney

8                   IT IS SO ORDERED.

9   **Dated:    May 11, 2005**            _____/s/ Lawrence J. O'Neill_____
    66h44d                               UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28