1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9
   LINDA MILLER,                  )    1:04-cv-06048 LJO
10                                )
                  Plaintiff,      )    STIPULATION AND ORDER
11                                )    TO EXTEND TIME
                                  )
12         v.                     )
                                  )
13 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
14 Security,                      )
                                  )
15                Defendant.      )
   _____)
16

17     The parties, through their respective counsel, stipulate that

18 defendant's time to respond to plaintiff's opening brief be

19 extended from August 1, 2005 to September 1, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28
                                    1

1    This is defendant's first request for an extension of time to
2 respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.
5
                                Respectfully submitted,
6
Dated: July 12, 2005
7
                                /s/ Gina M. Fazio
8                               (as authorized by facsimile)
                                GINA M. FAZIO
9                               Attorney for Plaintiff

10

11 Dated: July 24, 2005          McGREGOR W. SCOTT
                                United States Attorney
12

13
                                /s/ Kristi C. Kapetan
14                              KRISTI C. KAPETAN
                                Assistant U.S. Attorney
15

16

17
        IT IS SO ORDERED.
18
**Dated:   July 14, 2005**             **/s/ Lawrence J. O'Neill**
19 66h44d                          UNITED STATES MAGISTRATE JUDGE

2